

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00115-CR

## IN RE JERRY DON GRAHAM

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied.


                                        AL SCOGGINS
                                        Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 26, 2017
[OT06]

